MARIE B. WARNER ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BRANFORD ET AL.

The plaintiffs' petition for certification for appeal from the judicial district of New Haven at New Haven is denied by the court.

*Dean R. Singewald,* in support of the petition.

*Frank J. Dumark* and *Richard D. Patterson,* in opposition.

Submitted September 1—decided September 20, 1978

SAMUEL F. BELL *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WESTPORT

The defendant's petition for certification for appeal from the judicial district of Fairfield at Stamford is denied by the court.

*Keith D. Dunnigan* and *Bruce L. Levin,* in support of the petition.

*Alan H. Senie,* in opposition.

Submitted September 1—decided September 20, 1978

PATRICIA WHITTAKER ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF TRUMBULL ET AL.

The plaintiffs' petition for certification for appeal from the judicial district of Fairfield at Bridgeport is granted by the court.

*Hugh J. Lavery,* in support of the petition.

*Burton S. Yaffie,* town attorney, and *Laurence V. Parnoff,* in opposition.

Submitted September 1—decided September 20, 1978